# Exhibit B

# The 700 MHz Band

