# Exhibit C

# Introduction/background

➢ Access Spectrum and its affiliate Access 700 Holdings (collectively "ASL") and Pegasus together hold 50 of the 52 MEAs that constitute the A block in the upper 700 MHz band

| C 11 MHz REAG | | A 1 | D 5 MHz National | PS 5 MHz BB | GB 1 | PS 3 NB | PS 3 NB | B 1 | C 11 MHz REAG | | A 1 | D 5 MHz National | PS 5 MHz BB | GB 1 | PS 3 NB | PS 3 NB | B 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 60 | 61 | | 62 | 63 | | 64 | | | 65 | 66 | | 67 | 68 | | 69 | | |



**Confidential & Proprietary**