IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Pegasus Rural Broadband, LLC, et al.,[1] | Case No. 11-11772 (PJW) |
| Debtors. | (Joint Administration Requested) |

## AMENDED[2] NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR JUNE 15, 2011 AT 10:00 A.M. BEFORE THE HONORABLE PETER J. WALSH AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, **6TH FLOOR COURTROOM 2, WILMINGTON DELAWARE 19801**

1. Voluntary Petitions:

    A. Pegasus Rural Broadband, LLC (Case No. 11-11772) (Docket No. 16, 6/10/2011).

    B. Pegasus Guard Band, LLC (Case No. 11-11773) (Docket No. 1, 6/10/2011).

    C. Xanadoo Spectrum, LLC (Case No. 11-11774) (Docket No. 1, 6/10/2011).

    D. Xanadoo Holdings, Inc. (Case No. 11-11775) (Docket No. 1, 6/10/2011).

    E. Xanadoo, LLC (Case No. 11-11776) (Docket No. 1, 6/10/2011).

2. Declaration of Howard Verlin in Support of Chapter 11 Petitions and First Day Orders and Related Relief (Docket No. 14, 6/13/2011).

    Status: The Declaration will be relied upon as evidentiary support for the first day matters listed below.

---

[1] The Debtors are Xanadoo Spectrum, LLC, a Delaware limited liability company; Xanadoo Holdings, Inc., a Delaware corporation; Xanadoo, LLC, a Delaware limited liability company; Pegasus Guard Band, LLC, a Delaware limited liability company; and Pegasus Rural Broadband, LLC, a Delaware limited liability company. Xanadoo Holdings, Inc. is the sole member of Xanadoo, LLC, Pegasus Guard Band, LLC, and Pegasus Rural Broadband, LLC. Xanadoo Holdings, Inc. is a wholly owned subsidiary of Xanadoo Spectrum, LLC.

[2] **Amended information is reflected in bold**

### First Day Administrative Motion

3. Debtors' Motion for Entry of an Order Directing Joint Administration of Their Related Chapter 11 Cases (Docket No. 3, 6/12/11).

   Status: This matter is going forward.

### Professional Retention Applications and Related Motions

4. Application of Debtors and Debtors-In-Possession for an Order Authorizing the Retention *Nunc Pro Tunc* of Elliott Greenleaf as Counsel to the Debtors Effective as of June 10, 2011 (Docket No. 4, 6/12/11).

   **Related Documents:**

   **A. Supplemental Declaration of Rafael X. Zahralddin-Aravena in Support of Application for an Order Authorizing Employment and Retention of Elliott Greenleaf as Attorneys for the Debtors (Docket No. 18, 6/14/11)**

   Status: This matter is going forward **as a status conference only.**

5. Debtors' Application to Retain and Employ Epiq Systems, Inc. as Claims, Noticing and Balloting Agent (Docket No. 5, 6/13/11).

   Related Documents:

   A. Affidavit of Daniel McElhinney in Support of Debtors' Application to Retain Epiq Systems, Inc. as Claims, Notice and Balloting Agent (Docket No. 16, 6/13/11).

   Status: This matter is going forward.

### First-Day Motions Pertaining to Business Operations

6. Debtors' Motion to Establish Procedures for Interim Compensation and Reimbursement of Expenses for Professionals (Docket No. 6, 6/13/11).

   Status: This matter is going forward.

7. Debtors' Motion for Entry of an Order Authorizing the Debtors to Honor Certain Prepetition Customer Programs (Docket No. 7, 6/13/11).

   Status: This matter is going forward.

8. Debtors Motion for an Order Authorizing Them to Employ and Compensate Certain Professionals Utilized in the Ordinary Course of Business (Docket No. 8,

6/13/11).

Status: This matter is going forward.

9. Motion of the Debtors and Debtors-In-Possession for an Order Pursuant to Sections 105(A), 363(B) and 507(A)(8) of the Bankruptcy Code Authorizing Payment of Certain Pre-Petition Sales, Use and Other Taxes and Related Obligations (Docket No. 9, 6/13/11).

Status: This matter is going forward.

10. Motion of the Debtors and Debtors-In-Possession for an Order Pursuant to Sections 105(A), 363(B), 507(A)(4) and 507(A)(5) of the Bankruptcy Code (I) Authorizing Payment of Pre-Petition Wages, Salaries and Other Compensation; (II) Authorizing Maintenance of Benefits Programs; and (III) Directing Financial Institutions to Honor All Related Checks and Electronic Payment Requests (Docket No. 10, 6/13/11).

Status: This matter is going forward.

11. Debtors' Motion for Entry of Interim and Final Orders Determining Adequate Assurance of Payment for Future Utility Services (Docket No. 11, 6/13/11).

Status: This matter is going forward **on an interim basis only.**

12. Debtors' Motion for Entry of Interim and Final Orders Authorizing Debtors to Pay Certain Prepetition Claims of Critical Vendors and Section 503(B)(9) Claims, Approving Related Procedures, and Granting Related Relief (Docket No. 12, 6/13/11).

Status: This matter is going forward.

13. Motion of the Debtors and Debtors-In-Possession for an Order Pursuant to Sections 105(A), 363(B), 364 and 503(B)(1) of the Bankruptcy Code and Bankruptcy Rule 6003 Authorizing: (I) Maintenance of Cash Management System and Existing Bank Accounts, and (II) Use of Existing Business Forms (Docket No. 13, 6/13/11).

Status: This matter is going forward.

### DIP Financing/Use of Cash Collateral

14. Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105(A), 361, 362, 363, 364 and 507 of the Bankruptcy Code and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtors to Obtain Post-Petition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing Use of Cash

Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Liens and Super-Priority Claims, (IV) Granting Adequate Protection to the Prepetition Secured Parties and (V) Scheduling A Final Hearing Pursuant to Fed. R. Bank. P. 4001(B) and (C) Local Rule 4001-2(C) (Docket No. 15, 6/13/11).

Status: This matter is going forward. **The Debtors and their secured pre-petition lender, Beach Point Capital Management Group LP will be submitting a revised order to move forward on interim financing on a consensual basis.**

### Additional Professional Retention Applications and Related Motions

15. **Application of the Debtors and Debtors-in-Possession for order under bankruptcy code section 327(a) approving employment and retention of NHB Advisors, Inc. as Financial Advisor to the Debtors and Debtors-in-Possession *nunc pro tunc* to June 10, 2011. (Docket No. 19, 6/14/11)**

    Status: **This matter is going forward as a status conference only.**

Dated: June 14, 2011
Wilmington, DE

ELLIOTT GREENLEAF

*/s/ Rafael X. Zahralddin-Aravena*
Rafael X. Zahralddin-Aravena (DE No. 4166)
Neil R. Lapinski (DE No. 3645)
Shelley A. Kinsella (DE No. 4023)
Jonathan M. Stemerman (DE No. 4510)
1105 N. Market Street, Suite 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: nrl@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com
Email: jms@elliottgreenleaf.com

*Proposed Counsel to Debtors and Debtors in Possession*