# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Pegasus Rural Broadband, LLC | | |
| **Case Number:** | 11-11772-PJW | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, JUNE 15, 2011 10:00 AM   CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | PETER J. WALSH | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | MICHAEL MILLER | | |

## *Matter:*

First Day Hearing

**R / M #:**   20 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Voluntary Petitions
#2 - Declaration of Howard Verlin in Support of Petitions
#3 - Order signed
#4 - Hearing scheduled for 7/6/11 @ 9:30 a.m.
#5 - Order signed
#6 - Hearing scheduled for 7/6/11 @ 9:30 a.m.
#7 - Order signed
#8 - Hearing scheduled for 7/6/11 @ 9:30 a.m.
#9 - Order signed
#10 - Interim Order due under Certification of Counsel with follow-up hearing scheduled for 7/6/11 @ 9:30 a.m.
#11 - Interim Order signed with a final hearing scheduled for 7/6/11 @ 9:30 a.m.
#12 - Interim Order signed with a final hearing scheduled for 7/6/11 @ 9:30 a.m.
#13 - Order signed
#14 - Interim Order Due
#15 - Hearing scheduled for 7/6/11 @ 9:30 a.m.