IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| PEGASUS RURAL BROADBAND, LLC, et al., | ) Case No. 11-11772 (PJW) |
| Debtors.[1] | ) Jointly Administered |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICE AND PLEADINGS BY
MILBANK, TWEED, HADLEY & M<sup>c</sup>CLOY LLP AND
ASHBY & GEDDES, LLP, AS COUNSEL TO BPC AS LLC**

**PLEASE TAKE NOTICE** that Milbank, Tweed, Hadley & McCloy LLP ("Milbank") and Ashby & Geddes, P.A. ("Ashby") hereby appear as counsel of record for BPC AS LLC, as collateral agent for the holders of the Debtors' 12.5% Senior Secured Promissory Notes (as successor to Beach Point Capital Management L.P. and Post Advisory Group, LLC) ("Beach Point") pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (as amended, the "Bankruptcy Code") and rules 2002, 3017(a), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "Bankruptcy Rules") and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

---

[1] The Debtors are Xanadoo Spectrum, LLC, a Delaware limited liability company; Xanadoo Holdings, Inc., a Delaware corporation; Xanadoo, LLC, a Delaware limited liability company; Pegasus Guard Band, LLC, a Delaware limited liability company; and Pegasus Rural Broadband, LLC, a Delaware limited liability company.

MILBANK, TWEED, HADLEY & McCLOY LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, California 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063
Attn:  Mark Shinderman, Esq., mshinderman@milbank.com
       Haig M. Maghakian, Esq., hmaghakian@milbank.com

-and-

ASHBY & GEDDES, P.A.
500 Delaware Avenue
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
Attn:  Ricardo Palacio, Esq., rpalacio@ashby-geddes.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, disclosure statement, and plan of reorganization, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, electronically, or otherwise, that is filed or given in connection with these cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Bankruptcy Rule 3017(a), this request also constitutes a request in writing for copies of any disclosure statement or plan filed in these cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (1) any right to have final orders in non-core matters entered only after de novo review by a District Court judge, (2) any right to trial by jury in any proceeding so triable in this case or any case,

controversy, or proceeding related to this case, (3) any right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs or recoupments under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in this case or in any other action, are expressly reserved.

Dated: Wilmington, Delaware
June 21, 2011

MILBANK, TWEED, HADLEY & McCLOY LLP
Mark Shinderman
Haig M. Maghakian
601 South Figueroa Street 30th Floor
Los Angeles, CA 90017
Telephone: (213) 892-4000
Facsimile: (213) 629-5063
Email: mshinderman@milbank.com
hmaghakian@milbank.com

and

ASHBY & GEDDES, P.A.

Ricardo Palacio (#3765)
500 Delaware Avenue
Wilmington, DE 19899
Telephone: (302) 654-1888
Facsimile: (302) 654-2067
Email: rpalacio@ashby-geddes.com

*Counsel for BPC AS LLC*