# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re; | ) Chapter 11 |
| | ) |
| Pegasus Rural Broadband, LLC, *et al.*,[1] | ) Case No. 11-11772 (PJW) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |
| | ) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of InSite Towers, LLC and under, *inter alia*, Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"), request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

> William J. Burnett, Esquire
> Flaster/Greenberg, P.C.
> 913 North Market Street, Suite 1001
> Wilmington, DE 19801
> Telephone: (302) 351-1910
> Facsimile: (302) 351-1919
> Email: william.burnett@flastergreenberg.com

PLEASE TAKE FURTHER NOTICE that under section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

---

[1] The Debtors are Xanadoo Spectrum, LLC, a Delaware limited liability company; Xanadoo Holdings, Inc., a Delaware corporation; Xanadoo, LLC, a Delaware limited liability company; Pegasus Guard Band, LLC, a Delaware limited liability company; and Pegasus Rural Broadband, LLC, a Delaware limited liability company. Xanadoo Holdings, Inc. is the sole member of Xanadoo, LLC, Pegasus Guard Band, LLC, and Pegasus Rural Broadband, LLC. Xanadoo Holdings, Inc. is a wholly owned subsidiary of Xanadoo Spectrum, LLC.

FLASTER/GREENBERG, P.C.

William J. Burnett, Esquire (DE No. 4078)
913 North Market Street, Suite 1001
Wilmington, DE 19801
Telephone: (302) 351-1910
Facsimile: (302) 351-1919
Email: william.burnett@flastergreenberg.com