IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Pegasus Rural Broadband, LLC, et al.,[1] | Case No. 11-11772 (PJW) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 161<br>Objection Deadline: September 1, 2011 at 4:00 p.m. (ET)<br>Hearing Date: September 8, 2011 at *3:00 p.m.*[2] (ET) |

## RE-NOTICE OF DEBTORS' MOTION FOR ENTRY OF SECOND INTERIM ORDER PURSUANT TO 11 U.S.C. §§ 105(a), 361, 362, 363, 364 AND 507 OF THE BANKRUPTCY CODE AND FED. R. BANKR. P. 2002, 4001 AND 9014 (I) AUTHORIZING DEBTORS TO OBTAIN POST-PETITION FINANCING PURSUANT TO SECTION 364 OF THE BANKRUPTCY CODE, (II) AUTHORIZING USE OF CASH COLLATERAL PURSUANT TO SECTION 363 OF THE BANKRUPTCY CODE, (III) GRANTING LIENS AND SUPER-PRIORITY CLAIMS, (IV) GRANTING ADEQUATE PROTECTION TO THE PREPETITION SECURED PARTIES, AND (V) SCHEDULING A FINAL HEARING PURSUANT TO FED. R. BANK. P. 4001(b) AND (c) LOCAL RULE 4001-2(c)

PLEASE TAKE NOTICE that the above-captioned debtors and debtors-in-possession have filed the Debtors' Motion for Entry of Second Interim Order Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 363, 364 and 507 of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2002, 4001 and 9014 (I) Authorizing Debtors to Obtain Post-Petition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Liens and Super-Priority Claims, (IV) Granting Adequate Protection to the Prepetition Secured Parties, and (V) Scheduling a Final Hearing Pursuant to Federal Rules of Bankruptcy Procedure 4001(b) and (c) Local Rule 4001-2(c) (the "Motion").

---

[1] The Debtors are Xanadoo Spectrum, LLC, a Delaware limited liability company; Xanadoo Holdings, Inc., a Delaware corporation; Xanadoo, LLC, a Delaware limited liability company; Pegasus Guard Band, LLC, a Delaware limited liability company; and Pegasus Rural Broadband, LLC, a Delaware limited liability company. Xanadoo Holdings, Inc. is the sole member of Xanadoo, LLC, Pegasus Guard Band, LLC, and Pegasus Rural Broadband, LLC. Xanadoo Holdings, Inc. is a wholly owned subsidiary of Xanadoo Spectrum, LLC.

[2] The original Notice indicated a hearing time of 9:30 a.m., rather than the correct time of 3:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Motion must be filed on or before **September 1, 2011 at 4:00 PM (prevailing Eastern Time)** with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of any responses or objection upon the undersigned attorneys.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion shall be held before the Honorable Peter J. Walsh on **September 8, 2011 at 3:00 PM (prevailing Eastern Time)** at the Bankruptcy Court, 824 Market Street, 6th Floor, Courtroom 2, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF NO RESPONSES OR OBJECTIONS ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, AN ORDER MAY BE ENTERED GRANTING THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

Dated: August 16, 2011
Wilmington, DE

**ELLIOTT GREENLEAF**

/s/ *Jonathan M. Stemerman*
Rafael X. Zahralddin-Aravena (DE No. 4166)
Shelley A. Kinsella (DE No. 4023)
Jonathan M. Stemerman (DE No. 4510)
1105 N. Market Street, Ste 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com
Email: jms@elliottgreenleaf.com

*Counsel to Debtors and Debtors in Possession*