IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Pegasus Rural Broadband, LLC, et al.,[1] | Case No. 11-11772 (PJW) |
| Debtors. | (Jointly Administered) |

## NOTICE OF *AMENDED*[2] AGENDA FOR HEARING SCHEDULED FOR SEPTEMBER 8, 2011 AT 3:00 P.M.

**CONTINUED MATTERS**:

1. Motion for Authority to Enter Into Lease Agreement Between Pegasus Guard Band, LLC and FirstEnergy Corp. and for Related Relief Under Section 363 of the Bankruptcy Code (Docket No. 156, 08/04/2011).

   Response Deadline: August 19, 2011.

   Responses Received:

   A. Limited Objection of BPC AS LLC to Debtors' Motion for Authority to Enter into Lease Agreement Between Pegasus Guard Bank, LLC and FirstEnergy Corp. and for Related Relief Under Section 363 of the Bankruptcy Code (Docket No. 169, 08/19/2011).

   Related Documents:

   A. Debtors' Motion to Shorten Notice for Debtors' Motion for Authority to Enter Into Lease Agreement Between Pegasus Guard Band, LLC and FirstEnergy Corp. (Docket No. 154, 08/04/2011).

---

[1] The Debtors are Xanadoo Spectrum, LLC, a Delaware limited liability company; Xanadoo Holdings, Inc., a Delaware corporation; Xanadoo, LLC, a Delaware limited liability company; Pegasus Guard Band, LLC, a Delaware limited liability company; and Pegasus Rural Broadband, LLC, a Delaware limited liability company. Xanadoo Holdings, Inc. is the sole member of Xanadoo, LLC, Pegasus Guard Band, LLC, and Pegasus Rural Broadband, LLC. Xanadoo Holdings, Inc. is a wholly owned subsidiary of Xanadoo Spectrum, LLC.

[2] **Amended items are noted in bold**

B. Order Shortening Notice for Debtors' Motion for Authority to Enter Into Lease Agreement Between Pegasus Guard Band, LLC and FirstEnergy Corp. (Docket No. 158, 08/05/2011).

C. Proposed Order Granting Authority to Enter Into Lease Agreement Between Pegasus Guard Band, LLC and FirstEnergy Corp. (Docket No. 156, 08/04/2011).

Status: This matter is to be continued to the hearing scheduled for September 27, 2011.

## UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION:

2. Debtors' Motion to Extend Time to Remove Actions (Docket No. 178, 08/22/2011).

   Response Deadline: September 1, 2011.

   Response Received: None.

   Related Documents:

   A. **Certificate of No Objection Regarding Debtors' Motion to Extend Time to Remove Actions (Docket No. 197, 09/06/11)**

   **Status:** **A Certificate of No Objection has been filed. Accordingly, no hearing on this matter is necessary unless required by the Court.**

## UNCONTESTED MATTERS WITH A CERTIFICATION OF COUNSEL

3. Debtors' Motion for Entry to Order (A) Setting the Bar Dates for Filing Proofs of Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9), (B) Approving Form and Manner for Filing Proofs of Claim and (C) Approving Notice Thereof (Docket No. 179, 08/22/2011).

   Response Deadline: September 1, 2011.

   Response Received: Informal response from the United States Trustee.

   Related Documents:

   A. **Certification of Counsel Regarding Debtors' Motion for Entry to Order (A) Setting the Bar Dates for Filing Proofs of Claims Asserted Pursuant to 11 U.S.C. § 503(b)(9), (B) Approving Form and Manner**

for Filing Proofs of Claim and (C) Approving Notice Thereof (Docket No. 198, 09/06/11).

Status: **A Certification of Counsel with a revised proposed form of order attached has been filed. Accordingly, no hearing is necessary unless required by the Court.**

**CONTESTED MATTERS GOING FORWARD**:

4. Application of the Debtors and Debtors-In-Possession for Order Under Bankruptcy Code Sections 327(a) and 328(a) Approving the Employment and Retention of Cantor Fitzgerald & Company as Investment Advisor to the Debtors-In-Possession (Docket No. 180, 08/22/2011).

   Response Deadline: September 1, 2011.

   Response Received:

   A. Limited Objection of BPC AS LLC to Debtors' Application to Employ Cantor Fitzgerald & Company as Investment Advisor (Docket No. 194, 09/01/2011).

   B. **Informal comments by the United States Trustee.**

   Related Documents:

   A. **Certification of Counsel Regarding Application of the Debtors and Debtors-in-Possession for Order Under Bankruptcy Code Sections 327(a) and 328(a) Approving the Employment and Retention of Cantor Fitzgerald & Company as Investment Advisor to the Debtors and Debtors-in-Possession (Docket No. 200, 09/07/2011).**

   Status: This matter will go forward. **The Certification of Counsel resolved open issues with the United States Trustee, but the Debtors continue to negotiate with BPC AS LLC. The Debtors will be submitting a revised form of order at the hearing.**

5. Debtor's Motion for Entry of Second Interim Order Pursuant to 11 U.S.C §§ 105(a), 361, 362, 363, 364 and 507 of the Bankruptcy Code and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtors to Obtain Post-Petition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (III) Granting Liens and Super-Priority Claims, (IV) Granting Adequate Protection to the Pre-Petition Secured Parties, and (V) Scheduling a Final Hearing Pursuant to Fed. R. Bankr. P. 4001(b) and (c) Local Rule 4001-2(c) (Docket No. 161, 08/15/2011).

Response Deadline: September 1, 2011.

Response Received:

A.  Limited Objection of BPC AS LLC to Debtors' Motion for Entry of Second Interim Order Authorizing Postpetition Financing and Use of Cash Collateral (Docket No. 195, 09/01/2011).

**B.  Informal comments by the United States Trustee.**

Related Documents:

A.  Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105 (A), 361, 362, 363, 364 and 507 of the Bankruptcy Code and Fed. R. Bankr. P. 2002, 4001 and 9014 (I) Authorizing Debtors to Obtain Post-Petition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing Use of Cash Collateral Pursuant to Section 363 of the Bankruptcy Code, (iii) Granting Liens and Super-Priority Claims, (IV) Granting Adequate Protection to the Pre-Petition Secured Parties and (V) Scheduling a Final Hearing Pursuant to Fed. R. Bankr. P. 4001(b) and (c) Local Rule 4001-2(c) (Docket No. 15, 06/13/2011).

B.  Certification of Counsel Regarding Interim Order (I) Authorizing Debtors (A) to Obtain Postpetition Financing Pursuant to 11 U.S.C. Sections 105, 361, 362, 364(c)(1), 364(c)(2), 364(c)(3), and 364(e) and (B) to Utilize Cash Collateral Pursuant to 11 U.S.C. Section 363, (II) Granting Adequate Protection to Prepetition Secured Parties Pursuant to 11 U.S.C. Sections 361, 362, 363, and 364, and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rule 4001(b) and (c) (Docket No. 31, 06/16/2011).

C.  Interim Order (I) Authorizing Debtors (A) to Obtain Post-Petition Financing Pursuant to 11 U.S.C. §§ 105(a), 361, 362, 364(c) (1), (2), (3), and 364(e) and (B) to Utilize Cash Collateral Pursuant to U.S.C. §§ 363, (II) Granting Adequate Protection to the Pre-Petition Secured Parties Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364 and (III) Scheduling Final Hearing Pursuant to Bankruptcy Rules 4001(b) and (c) (Docket No. 34, 06/20/2011).

*Remainder of page intentionally left blank.*

Status: This matter will go forward. **The Debtors have resolved all open issues with the United States Trustee. The Debtors continue to negotiate with BPC AS LLC. To the extent the Debtors can narrow the issues by filing a proposed revised order that reflects any agreement on open issues, it will do so at a later time. The Debtors are hopeful to present a final revised order at the hearing.**

Dated: September 7, 2011
Wilmington, DE

ELLIOTT GREENLEAF

*/s/ Rafael X. Zahralddin-Aravena*
Rafael X. Zahralddin-Aravena (DE No. 4166)
Shelley A. Kinsella (DE No. 4023)
Jonathan M. Stemerman (DE No. 4510)
1105 N. Market Street, Suite 1700
Wilmington, DE 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com
Email: jms@elliottgreenleaf.com

*Counsel to Debtors and Debtors in Possession*