# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---:|:---|
| **Debtor:** | Pegasus Rural Broadband, LLC |
| **Case Number:** | 11-11772-PJW   **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 08, 2011 03:00 PM   CRT#2, 6TH FL. |
| **Bankruptcy Judge:** | PETER J. WALSH |
| **Courtroom Clerk:** | LORA JOHNSON |
| **Reporter / ECR:** | MICHAEL MILLER |

## *Matter:*

Omnibus/Final DIP

**R / M #:**   201 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.
Agenda Items:
#1 - Continued to 9/27/11 @ 9:30 a.m.
#2 - CNO filed and order signed
#3 - Certification of Counsel filed and order signed
#4 - Revised Order signed
#5 - Revised order due under Certification of Counsel